# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2005

128355(24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK P. JAMES,
        Plaintiff-Appellee,
and

AUTO-OWNERS INSURANCE COMPANY,
        Intervening Plaintiff-Appellee

v

AUTO LAB DIAGNOSTICS & TUNE UP
CENTERS and FARMERS INSURANCE
EXCHANGE,
        Defendants-Appellants,
and

SECOND INJURY FUND, PERMANENT &
TOTAL DISABILITY PROVISIONS,
        Defendant-Appellee.

_____

SC: 128355
COA: 257993
WCAC: 04-000002

       On order of the Chief Justice, the motion by Liberty Mutual Insurance Company for leave to file a brief *amicus curiae* is considered and it is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2005

_____
                 Clerk